It appears from documents filed with us by appellant in support of a "Motion to Dismiss" that the trial court fully complied with our order of remand and, after a resentencing hearing, sentenced appellant as a habitual offender with two prior felony convictions, and ordered him to pay court costs, attorney's fees, $25 to the Crime Victims Compensation Fund, and restitution of $2,500. After being resentenced, appellant gave pro se notice of appeal. He now moves, through counsel, for a dismissal of his appeal. His motion is accompanied by a letter signed by him requesting dismissal.
Being satisfied that the trial court has fully complied with our order of remand and finding the proceedings below to be proper, we find that appellant's motion to dismiss his appeal should be granted.
OPINION EXTENDED; APPEAL DISMISSED.
All Judges concur.